RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/24/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| AMANDA CAGLE, et ux | CIVIL ACTION NO. 11-0031 |
| -vs- | DISTRICT JUDGE DRELL |
| THE HANOVER AMERICAN INSURANCE COMPANY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the plaintiffs' motion to remand (Doc. 7) is DENIED.

**IT IS FURTHER ORDERED** that the plaintiff's motion for attorney fees is also denied.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24TH day of MAY, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE